UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

       v.                      Case No.  07-cr-184-01-SM

Robert L. O'Rourke

## O R D E R

Defendant O'Rourke's motion to continue the final pretrial conference and trial is granted (document 8).   Trial has been rescheduled for the April 2008 trial period.   Defendant O'Rourke shall file a waiver of speedy trial rights not later than February 11, 2008.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  March 18, 2008 at 11:30 a.m.

**Jury Selection**:  April 1, 2008  at 9:30 a.m.

SO ORDERED.

_____
Steven J. McAuliffe
Chief Judge

January  28 , 2008

cc:   Jaye Rancourt, Esq.
      Alfred Rubega, AUSA
      US Probation
      US Marshal