## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW HAMPSHIRE

United States of America

        v.                        Case No.  07-cr-184-01-SM

Robert L. O'Rourke

### O R D E R

Defendant O'Rourke's motion to continue the final pretrial conference and trial is granted  (document 11).   Trial has been rescheduled for the May 2008 trial period.   Defendant O'Rourke shall file a waiver of speedy trial rights not later than March 31, 2008.    On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

**Final Pretrial Conference:**  April  23, 2008 at 2:00 p.m.

**Jury Selection**:  May 6, 2008  at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge

March 17,  2008

cc:    Jaye Rancourt, Esq.
       Alfred Rubega, AUSA
       US Probation
       US Marshal